MAURICE WAINER (State Bar No. 121678)
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, CA  90210
TELEPHONE: (310) 550-5770 ♦ FACSIMILE: (310) 550-6770
EMAIL: Mrwainer@swmfirm.com

JS-6

Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SCOTT C. BROCK, an individual and dba INTEGRITY APPRAISAL SERVICES,<br><br>　　　　Defendant. | Case No.   SACV11-998 JVS (ANx)<br><br>**ORDER DISMISSING ACTION** |

　　　　Based upon the Stipulation for Dismissal of Action with the Court Retaining Jurisdiction entered into between plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC BANK, F.S.B. ("FDIC"), and defendant SCOTT C. BROCK, an individual and dba INTEGRITY APPRAISAL SERVICES, it is hereby ordered that:

/ / /

1

1 | 1. This action is dismissed with prejudice. The United States District Court for the Central District of California shall retain jurisdiction to enforce the Settlement Agreement entered into between the FDIC and SCOTT C. BROCK, an individual and dba INTEGRITY APPRAISAL SERVICES.

IT IS SO ORDERED.

DATED: July 05, 2012        By:_____

UNITED STATES DISTRICT COURT JUDGE

2